1  JEFFER, MANGELS, BUTLER & MITCHELL LLP
   JAMES WESLEY KINNEAR (Bar No. 124771) JWK@jmbm.com
2  Two Embarcadero Center, Fifth Floor
   San Francisco, California  94111-3824
3  Telephone:     (415) 398-8080
   Facsimile:     (415) 398-5584
4
   Attorneys for Defendants Red Head, Inc.,
5  Skyy Spirits, LLC,
   Sammy Hagar, and Marco Monroy
6

7

8                  UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10                       FRESNO DIVISION

11

| | |
|---|---|
| ZONE SPORTS CENTER, LLC, a California limited liability company; FRESNO ROCK TACO, LLC, a California limited liability company; MILTON PETER BARBIS, an individual,<br><br>         Plaintiffs,<br><br>    v.<br><br>RED HEAD, INC., DBA Cabo Wabo Enterprises, a California Corporation; SKYY SPIRITS, LLC, a California limited liability company; GRUPPO CAMPARI, a business of unknown corporate status; SAMMY HAGAR, an individual; MARCO MONROY, an individual; and DOES 1 through 10, inclusive,<br><br>         Defendants. | CASE NO. 1:10-cv-01833-AWI-SMS<br><br>**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (LOCAL RULE 144(A)); AND CONTINUING SCHEDULING CONFERENCE HEARING**<br><br>Judge: Judge Anthony W. Ishii |

PRINTED ON
RECYCLED PAPER
1051811v1

*Zone Sports Center, LLC et al. v. Red Head, Inc., ea al;* CASE NO. CV-01833-AWI-SMS
*[Proposed] Order Re Stipulation re Response to Complaint (L. R. 144(a))*

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to the parties' Stipulation filed on October 20, 2010, and good cause appearing therefor, the responses of defendants Red Head, Inc., Skyy Spirits, LLC, Sammy Hagar, and Marco Monroy to the complaint shall be due by November 29, 2010.

Scheduling Conference hearing is continued from December 9, 2010 to **Monday, January 31, 2011 at 9:30 a.m.** in Courtroom #7 before Judge Snyder.

IT IS SO ORDERED.

DATED:   October 20, 2010

　　　　　　　　　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　SANDRA M. SNYDER, U.S. Magistrate Judge

- 2 -

*Zone Sports Center, LLC et al. v. Red Head, Inc., ea al;* CASE NO. CV-01833-AWI-SMS
*Stipulation re Response to Complaint (L. R. 144(a))*

1051811v1

PRINTED ON RECYCLED PAPER

PDF created with pdfFactory trial version www.pdffactory.com