JEFFER, MANGELS, BUTLER & MITCHELL LLP
JAMES WESLEY KINNEAR (Bar No. 124771) JWK@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:   (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Defendants Red Head, Inc., Skyy Spirits, LLC,
Sammy Hagar, and Marco Monroy

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ZONE SPORTS CENTER, LLC, a California limited liability company; FRESNO ROCK TACO, LLC, a California limited liability company; MILTON PETER BARBIS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>RED HEAD, INC., DBA Cabo Wabo Enterprises, a California Corporation; SKYY SPIRITS, LLC, a California limited liability company; GRUPPO CAMPARI, a business of unknown corporate status; SAMMY HAGAR, an individual; MARCO MONROY, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV-01833-AWI-SMS<br><br>**STIPULATION AND ORDER RE BRIEFING AND HEARING SCHEDULE ON PENDING MOTIONS TO DISMISS**<br><br>Judge:   Judge Anthony W. Ishii<br>Magistrate Judge Sandra M. Snyder |

Plaintiffs, defendants Red Head, Inc., Skyy Spirits, LLC, Sammy Hagar, and Marco Monroy, and the defendant improperly sued as "Gruppo Campari" stipulate with respect to the following facts.

   A.   Defendants Red Head, Inc., Skyy Spirits, LLC, Sammy Hagar, and Marco Monroy have filed a motion to dismiss under Rule 12(b)(6) and a motion to dismiss or transfer for improper venue that are now pending for hearing on January 10, 2011.

*Zone Sports Center, LLC et al. v. Red Head, Inc., ea al;* CASE NO. CV-01833-AWI-SMS
*Stipulation and [Proposed] Order re Briefing Schedule*

1  B. The defendant improperly sued as "Gruppo Campari" has also filed a motion to
2  dismiss under Rule 12, also scheduled to be heard January 10, 2011.

3  C. Counsel for plaintiffs is scheduled to appear in the Eastern District on a separate
4  matter on January 24, 2011.

5  D. For the convenience of the parties' counsel, the parties have conferred and agreed to
6  the following amended schedule for briefing and hearing of the pending motions as follows:
7  plaintiffs' oppositions to all pending motions shall be due on or before January 3, 2011; defendants'
8  replies on the pending motions shall be due on or before January 17, 2011; the pending motions
9  shall be set for hearing on January 24, 2011 at 1:30 p.m.

10  NOW, THEREFORE, SUBJECT TO THE COURT'S APPROVAL, THE PARTIES
11  STIPULATE AS FOLLOWS:

12  1. Plaintiffs' oppositions to all pending motions shall be due on or before January 3,
13  2011; defendants' replies on the pending motions shall be due on or before January 17, 2011; the
14  pending motions shall be set for hearing on January 24, 2011 at 1:30 p.m.

15  Dated: December 6, 2010                                Dated: December 6, 2010

16  JEFFER, MANGELS, BUTLER & MITCHELL       LAW OFFICES OF RICHARD HAMLISH
17  JAMES WESLEY KINNEAR                              RICHARD HAMLISH

18                                                              By:  /s/
By:  /s/                                                              Richard Hamlish
19       James Wesley Kinnear                                    Attorneys for Plaintiffs
         Attorneys for Defendants Red Head, Inc.,
20       Skyy Spirits, LLC, Sammy Hagar, and
         Marco Monroy
21  Dated: December 6, 2010

22  DURIE TANGRI LLP

24  By:  /s/
         Ragesh Tangri
25       Attorney for defendant
         Improperly sued as "Gruppo Campari"

- 2 -   *Zone Sports Center, LLC et al. v. Red Head, Inc., ea al;* CASE NO. CV-01833-AWI-SMS
*Stipulation and [Proposed] Order re Briefing Schedule*

1063459v1

PRINTED ON RECYCLED PAPER

## **ORDER**

GOOD CAUSE APPEARING, the foregoing stipulation is approved.

Plaintiffs' oppositions to all pending motions shall be due on or before January 3, 2011; defendants' replies on the pending motions shall be due on or before January 17, 2011; the pending motions shall be set for hearing on January 24, 2011 at 1:30 p.m.

**SO ORDERED**.

DATED: 12/14/2010          /s/ ANTHONY W. ISHII
                           UNITED STATES DISTRICT COURT
                           JUDGE ANTHONY W. ISHII

- 3 -   *Zone Sports Center, LLC et al. v. Red Head, Inc., ea al;* CASE NO. CV-01833-AWI-SMS *Stipulation and [Proposed] Order re Briefing Schedule*

1063459v1

PRINTED ON RECYCLED PAPER