1  JEFFER, MANGELS, BUTLER & MITCHELL LLP
   JAMES WESLEY KINNEAR (Bar No. 124771) JWK@jmbm.com
2  Two Embarcadero Center, Fifth Floor
   San Francisco, California 94111-3824
3  Telephone:   (415) 398-8080
   Facsimile:   (415) 398-5584
4
   Attorneys for Defendants Red Head, Inc., Skyy Spirits, LLC,
5  Sammy Hagar, and Marco Monroy

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ZONE SPORTS CENTER, LLC, a California limited liability company; FRESNO ROCK TACO, LLC, a California limited liability company; MILTON PETER BARBIS, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RED HEAD, INC., DBA Cabo Wabo Enterprises, a California Corporation; SKYY SPIRITS, LLC, a California limited liability company; GRUPPO CAMPARI, a business of unknown corporate status; SAMMY HAGAR, an individual; MARCO MONROY, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 10-CV-01833-AWI-SMS<br><br>**ORDER GRANTING APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>**[Local Rule 141]**<br><br>Judge:　Judge Anthony W. Ishii<br>　　　　Magistrate Judge Sandra M. Snyder |

This Court, having considered the Application to File Documents Under Seal of Defendants Red Head, Inc., dba Cabo Wabo Enterprises, a California corporation;. SKYY Spirits, LLC, a California limited liability company; Sammy Hagar, and Marco Monroy (collectively "Defendants") (the "Application"), as well as the pleadings and papers on file herein, hereby grants Defendants' Application.

---

*Zone Sports Center et al. v. Red Head, Inc. et al.*;
10-CV-01833-AWI-SMS
Order Granting Application to File Documents Under Seal

1078847v1

1   IT IS THEREFORE ORDERED as follows: Pursuant to Local Rule 141, the below
2   indicated portions and exhibits of the following documents shall be filed under seal:
3   Portions of Defendants' Reply Memorandum of Points and Authorities in Support of Motion
4   to Dismiss or Transfer For Improper Venue (28 U.S.C. § 1406; Rule 12 (b) (3)); and portions of the
5   Reply Memorandum of Points and Authorities of Red Head, Inc., Sammy Hagar, Marco Monroy,
6   and Skyy Spirits, LLC in Support of Motion to Dismiss (Rule 12(b)(6)):
7   1.   <u>Portions of the Memorandum of Points and Authorities in Support of Motion to
8   Dismiss or Transfer For Improper Venue (28 U.S.C. § 1406; Rule 12 (b) (3))</u>: P.1 lines 1, 3,14-15;
9   and P.3 line 16.
10  2.   <u>Portions of the Memorandum of Points and Authorities of Red Head, Inc., Sammy
11  Hagar, Marco Monroy, and Skyy Spirits, LLC in Support of Motion to Dismiss (Rule 12(b)(6))</u>:
12  P.1, lines 21-22; P.2 lines 20-21; P.5, lines 18-19,  P.6, line 2, P.7 lines 19-22, 27; P.9 lines 6, 20-
13  22.

16  IT IS SO ORDERED.
17  Dated:   January 18, 2011                    _____
18                                               CHIEF UNITED STATES DISTRICT JUDGE

- 2 -   *Zone Sports Center et al. v. Red Head, Inc. et al.*;
10-CV-01833-AWI-SMS
Order Granting Application to File Documents
Under Seal

1078847v1