1  JEFFER, MANGELS, BUTLER & MITCHELL LLP
   JAMES WESLEY KINNEAR (Bar No. 124771) JWK@jmbm.com
2  Two Embarcadero Center, Fifth Floor
   San Francisco, California 94111-3824
3  Telephone:   (415) 398-8080
   Facsimile:    (415) 398-5584
4
5  Attorneys for Defendants Red Head, Inc., Skyy Spirits, LLC,
   Sammy Hagar, and Marco Monroy



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ZONE SPORTS CENTER, LLC, a California limited liability company; FRESNO ROCK TACO, LLC, a California limited liability company; MILTON PETER BARBIS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>RED HEAD, INC., DBA Cabo Wabo Enterprises, a California Corporation; SKYY SPIRITS, LLC, a California limited liability company; GRUPPO CAMPARI, a business of unknown corporate status; SAMMY HAGAR, an individual; MARCO MONROY, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 10-CV-01833-AWI-SMS<br><br>**ORDER GRANTING REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>**[Local Rule 141]**<br><br>Judge: Judge Anthony W. Ishii<br>Magistrate Judge Sandra M. Snyder |

This Court, having considered the Request to File Documents Under Seal of Defendants Red Head, Inc., dba Cabo Wabo Enterprises, a California corporation;. SKYY Spirits, LLC, a California limited liability company; Sammy Hagar, and Marco Monroy (collectively "Defendants") (the "Motion"), as well as the pleadings and papers on file herein, hereby grants Defendants' Motion.

*Zone Sports Center et al. v. Red Head, Inc. et al.;*
10-CV-01833-AWI-SMS
Order Granting Request to File Documents Under Seal

1061481v1

1   IT IS THEREFORE ORDERED as follows: Pursuant to Local Rule 141, the below
2   indicated portions and exhibits of the following documents shall be filed under seal:
3   Portions of Defendants' Notice of Related Cases; portions of the Notice; portions of the
4   Memorandum of Points and Authorities in Support of Motion to Dismiss or Transfer For Improper
5   Venue (28 U.S.C. § 1406; Rule 12 (b) (3)); and portions of the Memorandum of Points and
6   Authorities in Support of Motion to Dismiss (Rule 12(b)(6)):
7   <u>Portions of Notice of Related Cases</u>: P.3 lines 14, 16-20
8   <u>Portions of the Notice</u>: P.2 lines 10-11, 15
9   <u>Portions of the Memorandum of Points and Authorities in Support of Motion to Dismiss or</u>
10  <u>Transfer For Improper Venue (28 U.S.C. § 1406; Rule 12 (b) (3))</u>: P.1 lines 12, 16; P.3 lines 10-13;
11  P.4 lines 3-4, 18; P.5 lines 1, 5, 12-13, P. 7, lines 11-12.
12  <u>Portions of the Memorandum of Points and Authorities in Support of Motion to Dismiss</u>
13  <u>(Rule 12(b)(6))</u>:  P.1, lines 23-24; P.3 line 2; P.4, lines 15, 18-20; P.5, lines 1, 3-7, 9-11; P.6 lines
14  21-24, 27; P.7 lines 1-25, P.9 lines 8-9, 12-17, P. 10 lines 5-9, 17-20; P.11, line 5; P.14, lines 25-27;
15  P.15 lines 1, 21-23; P.24 lines 24-25; P. 26, lines 4-6;
16  Exhibit A - the Settlement Agreement;
17  Exhibit C - the License Agreement; and
18  Exhibit E - Declaration of Milton Peter Bardis
19  IT IS SO ORDERED.
20
21  DATED:  1-25-11
22  THE HONORABLE ANTHONY W. ISHII of the
    United States District Court

- 2 -   *Zone Sports Center et al. v. Red Head, Inc. et al.*;
10-CV-01833-AWI-SMS
Order Granting Request to File Documents Under Seal

1061481v1