UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER** (not related)

      A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. An opposition has been filed by defendant Fresno Rock Taco. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are **not** related to the case assigned to me, and such case(s) shall **not** be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

<u>C 08-05703 EMC</u>   <u>Red Head, Inc. V. Fresno Rock Taco LLC</u>

<u>C 11-00634 JSW</u>   <u>Zone Sports Center, Inc. LLC, et al vs Red Head, Inc., et al</u>

      I find that the above case <u>is not</u> related to the case assigned to me.   EMC

      IT IS SO ORDERED.

Dated: 2/22/11

                                Magistrate Judge Edward M. Chen

## CLERK'S NOTICE

The court has reviewed the motion and determined that <u>**no cases are related and no reassignments**</u> shall occur.

                                                        **Richard W. Wieking, Clerk**

**DATED: 2/22/11**                                             **By:** _/s/ Betty Lee_
                                                                         **Deputy Clerk**

## CERTIFICATE OF SERVICE

      I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

Richard W. Wieking, Clerk

**DATED: 2/22/11**           By: *[signature]*

                                              **Deputy Clerk**

Copies to:  Courtroom Deputies
              Case Systems Administrators
              Counsel of Record
**Entered into Assignment Program: _____(date)**