IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZONE SPORTS CENTER LLC, ET AL.,

    Plaintiffs,

v.

RED HEAD INC, ET AL.,

    Defendants.

No. C 11-00634 JSW

**ORDER VACATING HEARING ON MOTIONS TO DISMISS**

The motions to dismiss filed by Defendants are currently set for hearing on April 1, 2011, at 9:00 a.m. The matters are fully briefed and ripe for decision. The Court finds that the matters are appropriate for disposition without oral argument and are deemed submitted. *See* N.D. Cal. Civ. L.R. 7-1(b). Accordingly, the hearing set for April 1, 2011 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: March 29, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE