1  DURIE TANGRI LLP
   RAGESH K. TANGRI (SBN 159477)
2  rtangri@durietangri.com
   JOSHUA H. LERNER (SBN 220755)
3  217 Leidesdorff Street
   San Francisco, CA  94111
4  Telephone:    415-362-6666
   Facsimile:    415-236-6300
5
   Attorneys for Defendant
6  Improperly Sued as "Gruppo Campari"

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 | ZONE SPORTS CENTER, LLC, a California | Case No. CV 3:11-00634-JSW
   | limited liability company; FRESNO ROCK |
12 | TACO, LLC, a California limited liability | **STIPULATION TO CONTINUE CASE**
   | company; MILTON PETER BARBIS, an | **MANAGEMENT CONFERENCE AND**
13 | individual | **[PROPOSED] ORDER**
14 |                   Plaintiffs, | Existing Date: May 27, 2011
   |                              | Proposed Date: June 3, 2011
15 |       v.                     | Ctrm: 11, 19th Floor
   |                              | Judge: The Honorable Jeffrey S. White
16 | RED HEAD, INC., DBA Cabo Wabo |
17 | Enterprises, a California corporation; SKYY |
   | SPIRITS, LLC, a California limited liability |
18 | company; GRUPPO CAMPARI, a business of |
   | unknown corporate status; SAMMY HAGAR, an |
19 | individual; MARCO MONROY, an individual; |
20 | and DOES 1 through 10, inclusive, |
21 |                   Defendants. |

WHEREAS the Court scheduled a case management conference for May 27, 2011 at 1:30 p.m.;

WHEREAS counsel for Defendant "Gruppo Campari" have family vacations that render them unavailable on May 27, 2011, due to plans made prior to the Court's setting of the case management conference;

WHEREAS counsel for all parties to this matter have agreed to a one week extension of the case management conference to accommodate said scheduling conflict;

WHEREAS continuing the case management conference will not alter any deadline already fixed by Court order, and the parties proceeded with the Fed. R. Civ. P. 26(f) conference of counsel on April 29, 2011 as originally scheduled and have agreed to make Initial Disclosures on May 20, 2011;

NOW THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES HERETO AND THEIR COUNSEL OF RECORD THAT the case management conference scheduled for May 27, 2011 shall be continued to June 3, 3011 at 1:30 p.m. or such other date and time as are convenient for the Court.[1]

Dated:  May 3, 2011                                         DURIE TANGRI LLP

                                                            By:  _____*/s/ Ragesh Tangri*_____
                                                                      RAGESH TANGRI

                                                            Attorney for Defendant
                                                            Improperly Sued as "Gruppo Campari"

Dated:  May 3, 2011                                         JEFFER, MANGELS, BUTLER & MITCHELL

                                                            By:  _____*/s/ James Wesley Kinnear*_____
                                                                      JAMES WESLEY KINNEAR

                                                            Attorney for Defendants Red Head, Inc.,
                                                            Skyy Spirits, LLC, Sammy Hagar, and
                                                            Marco Monroy

---

[1] "Gruppo Campari" has filed a motion challenging personal jurisdiction and service of process upon it, and does not intend, by filing this stipulation, to waive any objection or argument based on the challenges made in that motion.

1  Dated: May 3, 2011                                    LAW OFFICES OF RICHARD HAMLISH

2

3                                                        By:  _____/s/ *Richard Hamlish*_____
                                                                  RICHARD HAMLISH
4
                                                         Attorney for Plaintiffs
5

6                                           **FILER ATTESTATION**

7      Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Ragesh Tangri, attest

8  that concurrence in the filing of this document has been obtained.

9  Dated: May 3, 2011                                         _____/s/ *Ragesh* Tangri_____
                                                                  RAGESH TANGRI
10
                                              * * * * *
11

12  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**  The case management conference is

13   hereby continued to June 24, 2011 at 1:30 p.m.

14  Dated: May 4, 2011

15

16                                                       _____/s/ Jeffrey S. White_____
                                                         THE HONORABLE JEFFREY S. WHITE
17                                                       UNITED STATES DISTRICT COURT JUDGE

## **CERTIFICATE OF SERVICE**

I certify that all counsel of record are being served on May 3, 2011 with a copy of this document via the Court's CM/ECF system.

    Richard Hamlish          hamlish@aol.com

    James Wesley Kinnear    jwk@jmbm.com

Dated:  May 3, 2011                                 /s/ *Ragesh Tangri*
                                                                   RAGESH TANGRI