IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZONE SPORTS CENTER LLC, ET AL.,

    Plaintiffs,

v.

RED HEAD INC, ET AL.,

    Defendants.

No. C 11-00634 JSW

**ORDER REGARDING DISCOVERY DISPUTE**

On May 25, 2011, Defendants Red Head Inc., Sammy Hagar, Marco Monroy, and SKYY Spirits, LLC (collectively, "Red Head Defendants") filed a letter in accordance with this Court's Standing Orders requesting a stay of discovery pending the Court's issuance of an order on their motion to dismiss. Plaintiffs Zone Sports Center, Fresno Rock Taco, LLC, and Milton Barbis (collectively, "Plaintiffs") shall file a response to Red Head Defendants' request by no later than June 1, 2011. In their response, Plaintiffs shall address their alleged failure to meet and confer in person and participate in the joint letter.

**IT IS SO ORDERED.**

Dated: May 26, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE