**United States District Court**
For the Northern District of California

1
2
3          IN THE UNITED STATES DISTRICT COURT
4          FOR THE NORTHERN DISTRICT OF CALIFORNIA
5
6   ZONE SPORTS CENTER LLC, ET AL.,          No. C 11-00634 JSW
7              Plaintiffs,
                                            **ORDER REGARDING MOTION TO**
8        v.                                 **STAY DISCOVERY**
9   RED HEAD INC, ET AL.,
10             Defendants.
11   _____/
12
13          The Court finds that the dispute between the parties regarding whether discovery should be
14   stayed pending the Court's issuance of an order on their motion to dismiss should be resolved
15   pursuant to a noticed motion.  Accordingly, Defendants Red Head Inc., Sammy Hagar, Marco
16   Monroy, and SKYY Spirits, LLC are HEREBY ORDERED to file a noticed motion to stay
17   discovery.  The Court FURTHER ORDERS that discovery is STAYED until the Court issues an
18   order on the  motion to stay discovery.
19          **IT IS SO ORDERED.**
20
21   Dated: June 2, 2011
                                            _____
22                                          JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28