IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZONE SPORTS CENTER LLC, ET AL.,

    Plaintiffs,

v.

RED HEAD INC, ET AL.,

    Defendants.

No. C 11-00634 JSW

**ORDER VACATING HEARING ON MOTION FOR PROTECTIVE ORDER**

The motion for a protective order filed by Defendants Red Head, Inc., Skyy Spirits, LLC, Sammy Hagar, and Marco Monroy is currently set for hearing on August 26, 2011, at 9:00 a.m. This matter is fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Cal. Civ. L.R. 7-1(b). Accordingly, the hearing set for August 26, 2011 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: August 24, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE