UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZONE SPORTS CENTER INC. LLC, et al., <br>     Plaintiffs, <br> v. <br> RED HEAD, INC, <br>     Defendant. | Case No.  11-cv-00634-JST <br><br> **JUDGMENT** <br> Re: ECF No. 140 |

On May 22, 2013, the Court issued an order dismissing Plaintiffs' claim to rescind a settlement agreement in a prior action for lack of subject matter jurisdiction and denying Plaintiffs' independent action to vacate the stipulated judgment entered in the prior action. ECF No. 40.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiffs.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated:  May 22, 2013



JON S. TIGAR  
United States District Judge