UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZONE SPORTS CENTER INC. LLC, et al.,

        Plaintiffs,

    v.

RED HEAD, INC,

        Defendant.

Case No. 11-cv-00634-JST

**ORDER VACATING HEARING**

Re: ECF No. 143

A hearing on Red Head's motion for attorney's fees is scheduled for July 18, 2013. As the motion is suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motion is under submission.

    **IT IS SO ORDERED**.

Dated: July 8, 2013

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California